Douglas C. Erickson, No. 012130
derickson@mmcec.com
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Defendant JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Richard and Maria Shupe, | No. _____ |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF REMOVAL** |
| JPMorgan Chase Bank of Arizona, | (From Pima County Superior Court Case No. C20114011) |
| Defendant. | |

Defendant JPMorgan Chase Bank, N.A. ("Chase"), erroneously named as JPMorgan Chase Bank of Arizona, files this Notice of Removal to the United States District Court for the District of Arizona and would show unto this Court as follows:

Chase is a defendant in a civil action filed by Plaintiffs on May 31, 2011 in the Superior Court of Pima County, Arizona, Case No. C20114011. The original complaint was delivered by certified mail to Chase's statutory agent, postmarked July 14, 2011. This Notice of Removal is thus filed in the United States District Court for the District of Arizona within the time allowed by law for removal of civil actions. *See* 28 U.S.C. § 1446. Undersigned counsel verifies that the documents attached hereto as Exhibit "1" constitute all of the process and pleadings he knows to have been filed in this action to date.[1]

Plaintiffs' complaint seeks damages against Chase for alleged wrongdoing in making telephone calls to Plaintiffs to collect a debt under the following theories: violation of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, and invasion of privacy.

---
[1] Exhibit 1 has not been attached to the Superior Court's copy of this notice.

The state court action is a removable civil action under 28 U.S.C. § 1441. The complaint raises questions under federal law, namely 47 U.S.C. § 227. Thus, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

The Court has jurisdiction over Plaintiffs' remaining state law claim under 28 U.S.C. §§ 1367 and 1441(c).

The action is also removable based on 28 U.S.C. § 1332 because Plaintiffs are Arizona residents, Chase is a national association with a principal place of business in Ohio, and Plaintiffs seek at least $150,000 in damages ($1,500 per violation for over 100 alleged violations).

This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because this action could have been originally brought in this Court.

A true copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Pima County, Arizona, as required by 28 U.S.C. § 1446(d).

RESPECTFULLY SUBMITTED this 12th day of August, 2011.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Douglas C. Erickson
Douglas C. Erickson
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012-2443
Attorneys for Defendant JPMorgan Chase Bank, N.A.

**ORIGINAL** of the foregoing e-filed this 12th day of August, 2011, with:

Clerk of the Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

**COPY** of the foregoing mailed this 12th day of August, 2011, to:

Clerk of the Court
Pima County Superior Court Civil
101 W. Congress Street, RM 131A
Tucson, AZ 85701

1  Richard and Maria Shupe
2  3657 S. Double Echo Rd.
   Tucson, AZ 85735
   Plaintiffs Pro per
3
   By ___/s/Stacey Tanner_____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26