# EXHIBIT 1

RICHARD/MARIA SHUPE. PRO SE
3657 S Double Echo Rd
Tucson, AZ 85735
Tel: 520-5786400

# SUPERIOR COURT
## COUNTY OF PIMA
### STATE OF ARIZONA

Richard / Maria Shupe

CASE No. C201140 ??

v.

JP MORGAN CHASE

CHASE BANK OF ARIZONA

JAN E. KEARNEY
**SUMMONS**

**WARNING: This is an official document from the Court that affects your rights. Read this carefully.**
**If you do not understand it , contact a lawyer for help.**

## FROM THE STATE OF ARIZONA TO:   CHASE BANK OF ARIZONA
JP MORGAN CHASE

1)     A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this **SUMMONS.**

2)     If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the Court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take or send, the "Answer" or "Response" to the Office of the Clerk of the Superior Court, 110 W Congress St, Tucson, AZ 85701-1317 . Mail a copy of your "Answer" or "Response" to the other party at the address listed on the top of this Summons.

3)     If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Answer" or "Response" must be filed within **TWENTY (20) CALENDAR DAYS** from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on  you by a registered process server, or the Sheriff outside the State of Arizona, your "Answer" or "Response" must be filed within **THIRTY (30) CALENDAR DAYS** from the date you were served, not counting the day you were served. Service by registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4)   You can get a copy of the court papers filed in this case from the Plaintiff listed at the address at the top of this paper , or from the Clerk of Superior Court's 110 West Congress St. Tucson, AZ  85701.

5)   Request for reasonable accommodations for persons with disabilities must be made to the office of the Judge or commissioner assigned to the case, at least THREE (3) days before your scheduled court date.

PATRICIA A. NOLAND

**SIGNED AND SEALED this date**_____MAY 3 1 2011_____

**by**____ROSALBA CARDONA_____
     **Deputy Clerk**

RICHARD/MARIA SHUPE PRO SE
3657 S DOUBLE ECHO RD
TUCSON, AZ 85735



# SUPERIOR COURT
### COUNTY OF PIMA
### STATE OF ARIZONA

RICHARD/ MARIA SHUPE
                              Plaintiff

v.

JP MORGAN CHASE
CHASE BANK OF ARIZONA
270 Park Ave
NY NY 10017
                              Defendant

CASE No. ___C20114011___

**COMPLAINT FOR:**
**VIOLATION OF TELEPHONE**
**COMMUNICATIONS**
**PROTECTION ACT (TCPA)**
**USC 47 227**
**INVASION OF PRIVACY**

---

**BACKROUND:**                                  JAN E. KEARNEY

On or about May of 2010 the Plaintiffs defaulted on their mortgage payments

with the Defendant.  On or about Aug. of 2010 the Plaintiffs in writing terminated their

business relationship with the Defendant.   The Defendant then began to harass the

Plaintiffs night and day with calls to the Plaintiffs private residence who's telephone

number is listed on the National Do Not Call Registry.   The Defendant made in excess

of 100 calls to the Plaintiffs home phone, and then also retained other third parties to

do the same.

**FACTS:**
This action arises out of the Defendants repeated violations of the Telephone
Consumer Protection Act hereafter TCPA, and the Defendants Invasion into
the Plaintiffs Privacy .

1)        The Plaintiffs are natural persons whom reside in Pima County Arizona

2)     The Defendant is a foreign corporation who principle place of business is NY state. The Defendant does business in Arizona as Chase Bank of Arizona as per the Corporation Commission File.

3)     The Defendant made in excess of 100 calls to the Plaintiffs residential telephone number of 520-578-6400.

4)     The Defendant used illegal auto dialing systems to make said calls to the Plaintiffs telephone.

5)     The Defendant was warned several times by the Plaintiffs, not to call the Plaintiffs.

6)     The Defendant Invaded the Privacy of the Plaintiffs ( Intrusion upon Seclusion).

7)     The Plaintiff Maria Shupe has a medical condition which was aggravated by the constant calling by the Defendant.

8)     The harassing and repeated phone calls made by the Defendant have been made within the applicable statute of limitations period.

**CAUSES OF ACTIONS:**

**COUNT I VIOLATION OF THE TCPA:**

Plaintiffs incorporates by reference all of the paragraphs of this Complaint as though fully stated herein.

The Defendant having no longer a business relationship with the Plaintiffs made in excess of 100 calls to the Plaintiffs phone which is on the DNC ( do not call) Registry.  The Defendant actions were done purposefully with the intent to harass the Plaintiffs.

The Defendant used illegal auto dialing systems to call the Plaintiffs.  There is no exception or justification for the numerous violations of the TCPA by the Defendant as the Plaintiffs have not consented to the Defendant to make calls to the Plaintiffs.

Each call is a separate violation of the TCPA and entitles the Plaintiff to Statutory damages against the Defendant in an amount at least $500.00 per violation.

Since the violations were made knowingly, and willfully having been informed by the Plaintiffs not to call their telephone number, the Plaintiffs are entitled to treble damages of $1500.00 per violation, as set forth in the TCPA. 47 USC 227 (b) 3

The Defendant used illegal auto dialing systems to call the Plaintiffs. Each call made by the Defendant using said dialing systems is a separate violation of the TCPA. The Plaintiffs are entitled to an amount at least $500.00 per violation. Since violations were made intentionally , knowingly, and willfully, the Plaintiffs are entitled to treble damages in the amount of $1500.00 per violation.

## COUNT II INVASION OF PRIVACY INTRUSION UPON SECLUSION:

The Plaintiffs incorporates by reference all of the paragraphs of this Complaint as though fully stated herein.

The Defendant knowingly and willfully invaded the privacy of the Plaintiffs by making repeated calls to the Plaintiffs residential telephone. Plaintiff Maria Shupe has a serious medical condition which was constantly aggravated by the Defendants invasion of the Plaintiffs privacy.

## PRAYER FOR RELIEF:

## COUNT I VIOLATION OF THE TCPA:

The Defendants actions were done willfully and knowingly with the intention to harass the Plaintiffs. The Defendants cause physical injury and pain to the Plaintiff Maria Shupe. The Defendant caused actual damages in the form of pain and suffering, emotional duress, anger, upset among other negative emotions.

Therefore the Plaintiffs seek statutory damages in the amount of $1500.00 per

each violation of the TCPA.

**COUNT II INVASION OF PRIVACY INTRUSION UPON SECLUSION:**

The Defendants actions were done purposefully, knowingly, willfully, and

with the intention to harass.  The Defendant caused actual damages to the Plaintiffs

in the form of physical pain, emotional duress, upset, anger, among other negative

emotions.

Therefore the Plaintiffs seek Compensatory damages in the amount of

$1000.00 per each violation of the TCPA.   The Plaintiffs seek Punitive damages

in an amount twice the amount awarded for Compensatory damages.

ADDITIONALLY:

Plaintiffs seek reasonable attorney fees and all cost.

Plaintiffs seek per annum interest of 12% until such awards are paid in full by the
Defendant.

Respectively submitted this 31st day of May, 2011.

Richard Shupe Pro Se
3657 S Double Echo Rd
Tucson, AZ 85735
Tel: 520-578-6400

Maria Shupe Pro Se



MAILED FROM ZIP CODE 85713
0004444024  JUL 14 2011
02 1P
PITNEY BOWES
UNITED STATES POSTAGE
$ 005.790

CERTIFIED MAIL™

7006 2150 0001 3397 7737

JP MORGAN CHASE BANK
C/O CT CORP. SYSTEMS
2394 CAMELBACK RD
PHOENIX, AZ 85016

RETURN RECEIPT REQUESTED

Richard.Shupe
3657 S Double Echo Rd.
Tucson, AZ 85735-5132
USA

RETURN RECEIPT
REQUESTED

RICHARD/MARIA SHUPE , PRO SE
3657 S Double Echo Rd
Tucson, AZ  85735
Tel: 520-5786400

FILED

11 MAY 31  AM 9: 20

PATRICIA A. NOLAND
CLERK, SUPERIOR COURT
BY_____
              DEPUTY
ROSALBA CARDONA

# SUPERIOR COURT
## COUNTY OF PIMA
### STATE OF ARIZONA

Ricahrd/Maria Shupe

CASE No_____C20114011_____

v.

JAN E. KEARNEY

JP Morgan Chase
Chase Bank of Arizona

**ARBRITATION STATEMENT**

Plaintiffs herein state that the monies damages  sought in the above titled

case exceeds the jurisdiction of arbitration.


respectively submitted this 3/ day of  May , 2011


Richard Shupe, Pro Se
3657 S Double Echo Rd
Tucson, AZ  85735

Maria Shupe

 

*Pima County Clerk of Superior Court*
*Tucson, Arizona*

| | |
|---|---|
| | Receipt Number: 1552342 |

| | | | |
|---|---|---|---|
| Received for: | RICHARD SHUPE | Date: | 5/31/2011 |
| Received from: | RICHARD SHUPE | Case Number: | C20114011 |
| Amount Received: | $236.00 | Clerk Number: | 1.400 |

Caption:   RICHARD SHUPE ET AL. VS. JP MORGAN CHASE

Cash: $0.00          Check:  $0.00          Charge: $236.00          ACH: $0.00

*Begin Financial Docket*

Civil Complaint                                    $236.00     PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

Page 1 of 1