Richard / Maria Shupe
3657 S Double Echo Rd
Tucson, AZ 85735
520-578-6400



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONNA

| | |
|---|---|
| Richard / Maria Shupe<br>Plaintiff's | CASE No. CV  11-00501-TUC (BPV)<br>HON. Bernardo Velasco |
| v. | |
| JP Morgan Chase Bank of Arizona<br>Plaintiff | **MOTION FOR STAY OF PROCEEDINGS** |

Come now the Plaintiff's in the above entitled action and motion the the court to grant the Plaintiff's motion for stay of proceedings.

Plaintiff Richard Shupe has contracted a yet unknown illness. He has symptoms of blurred vision, headaches, vertigo, severe nausea , and has lost hearing in his left ear. Sixty-five year old Plaintiff Richard Shupe, is under the care of both his PCP, and of a Neurologist . ( see exhibit I & II).

For reasons above stated, the Plaintiff motions this court for an indefinite stay of proceedings.

Respectively submitted this 30th day of June, 2012

_____          _____
Richard Shupe                                        Maria Shupe
3657 S Double Echo Rd
Tucson, AZ  85735
520-578-6400

I certify that a true copy of the above has been mailed this 30th day of June, 2012 to : Douglas Erickson, 3200 N Central Ave. , Ste 1800 Phoenix, AZ  85012-2443

_____
Richard Shupe

# EXHIBIT I

May 29th, 2012

Richard Shupe
3657 S Double Echo Rd
Tucson, AZ 85735

RE: Medical Convalescent

To Whom it May Concern:

    Richard Shupe was seen in my office on 3/16/2012 and again this 28th day of May, 2012.
    Mr. Shupe is suffering from a debilitating illness of yet unknown origin, and is herein placed on medical convalescents until further notice.

Sincerely,

*[signature]*

John Pellerito, MD
4462 E 5th St
Tucson, AZ 85711

# EXHIBIT II

# WESTERN NEUROSURGERY, LTD.

*An Affiliated Partner of* **CARONDELET NEUROLOGICAL INSTITUTE**

**NEUROSURGICAL CONSULTANT**
Robert P. Goldfarb, M.D., F.A.C.S.

**NEUROLOGICAL SURGERY**
Hillel Z. Baldwin, M.D.
Eric P. Sipos, M.D., F.A.C.S.
Joseph A. Christiano, Jr., M.D.
Matthew P. Wilson, M.D.

**MEDICAL NEUROLOGY**
William B. Lujan, M.D.
Diana V. Benenati, M.D.
David R. Siegel, M.D.
L. Roderick Anderson, M.D.
Cynthia S. Reed, M.D.
Adaeze A. Onuoha, M.D.
Hemant S. Kudrimoti, M.D., Ph.D.

June 4, 2012

To Whom It May Concern:

Re: **Richard Shupe**
    **DOB: 01-30-1947**

Stresses of civil litigation exacerbate Mr. Shupe's medical condition. Appropriate accommodations are requested for this patient.

Sincerely,

*David Siegel*

David R. Siegel, M.D.

DRS/br

6567 E. CARONDELET DRIVE, SUITE 305 • TUCSON, ARIZONA 85710 • ST. JOSEPH'S HOSPITAL CAMPUS
PHONE (520) 881-8400    FAX (520) 881-6563