Douglas C. Erickson, No. 012130
Jennifer A. Reiter, No. 017502
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona  85012
(602) 279-8500
derickson@mmcec.com
jreiter@mmcec.com

Attorneys for JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard and Maria Shupe,<br><br>                    Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank of Arizona,<br><br>                    Defendant. | No. 11-00501-TUC-BPV<br><br>**UNILATERAL CASE MANAGEMENT REPORT** |

Pursuant to Rule 26(f) and the Court's June 15, 2012 Order, Defendant JPMorgan Chase Bank, NA ("Chase") submits this Unilateral Case Management Report.  Undersigned counsel has attempted to reach Plaintiffs by telephone and U.S. Mail.  On June 26, 2012, he even sent them a draft of this report, seeking their input.  Plaintiffs have not responded in any fashion.

**1.     The Nature of the Case**

**Plaintiffs' Position:**


**Defendant's Position:**

Plaintiffs claim that Defendant made calls to them after being notified that Plaintiffs unilaterally "terminated their business relationship."  However, Plaintiffs admit they borrowed money, defaulted on their payments, and a trustee's sale was noticed.  Defendant contends that there were no violations of the Telephone Consumer Protection Act or any other unlawful conduct by Defendant.

2. **Factual and Legal Issues Genuinely in Dispute**

   **Plaintiffs' Position:**

   **Defendant's Position:**

   Chase believes the application of the law cited by Plaintiffs to the facts of this case is in dispute as a legal issue. Chase disputes that its conduct was actionable or that it caused damages to Plaintiffs.

3. **Jurisdictional Basis for the Case:**

   **Plaintiffs' Position:**

   **Defendant's Position:**

   Diversity jurisdiction. 28 U.S.C. § 1332.

   Federal question jurisdiction. 28 U.S.C. § 1331.

4. **Parties Who Have Not Been Served or Have Not Answered**

   All parties have been served.

5. **Names of the Parties Not Subject to Court's Jurisdiction**

   None at this time.

6. **Whether There Are Further Dispositive/Partially Dispositive Issues to be Decided**

   **Plaintiffs' Position:**

   **Defendant's Position:**

   Chase anticipates filing a motion for summary judgment.

**7.   Whether Case Is Suitable to U.S. Magistrate Judge for Settlement Conference or Trial**

Chase believes that this case may be suitable for reference to a U.S. Magistrate Judge for purposes of settlement.

**8.   Status of Related Cases Pending**

CV12-00400-CKJ (pending); CV11-00291-CKJ (remanded)

**9.   Statement of When Initial Disclosures Were Made or Will Be Made or Any Proposed Changes**

Fourteen (14) days after the Rule 26(f) conference.

**10.   Suggested Changes in the Limitations on Discovery Imposed by Rule 26(b)(2)**

Chase does not believe any changes are necessary.

**11.   Proposed Deadlines**

    a.   Motions to amend: September 5, 2012

    b.   Initial Expert Disclosure: October 31, 2012

        Rebuttal Expert Disclosure: November 30, 2012

        Lay Witness Disclosure: August 30, 2012

    c.   Discovery Completion: February 28, 2013.

    d.   Dispositive motions deadline: March 30, 2013

    e.   Date for lodging joint pretrial order: June 15, 2013

    f.   Joint letter to Court concerning status of settlement discussions: April 15, 2013

**12.   Estimated Date Case Will Be Ready for Trial and Length of Trial**

Currently, Chase believes that the case will be ready for trial by July 15, 2013 and anticipates that trial will last a maximum of two days.

**13.   Whether Jury Trial Has Been Requested**

No.

**14.     Prospects for Settlement, Including Any Request of the Court for Assistance in Settlement Efforts**

Counsel for Chase has attempted to contact Plaintiffs to discuss this topic, but they have not responded.

**15.     Any Unusual, Difficult, or Complex Problems or Issues Requiring Complex Track**

**Plaintiffs' Position:**


**Defendant's Position:**

None.

**16.     In Class Actions, the Proposed Dates for Class Certification Proceedings and Other Class Management Issues**

N/A

**17.     Other Matters to Aid in Resolving Case**

None at this time, except to deny Plaintiffs' motion for an indefinite stay of proceedings (to which Chase will be filing a separate response).

RESPECTFULLY SUBMITTED this 12th day of July, 2012.

                                            **MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

                                            By /s/Douglas C. Erickson
                                                Douglas C. Erickson
                                                3200 North Central Avenue, Ste. 1800
                                                Phoenix, Arizona  85012-2443
                                                Attorneys for Defendant JPMorgan Chase Bank, N.A.

**ORIGINAL** of the foregoing e-filed this 12th day of July, 2012, with:

Clerk of the Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

1  **COPY** of the foregoing mailed this 12th day of July, 2012, to:

2  Richard Shupe
   Maria Shupe
3  3657 S. Double Echo Rd.
   Tucson, AZ 85735
4  Plaintiffs Pro per

5
   By ___/s/Stacey Tanner___
6