Douglas C. Erickson, No. 012130
Jennifer A. Reiter, No. 017502
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona  85012
(602) 279-8500
derickson@mmcec.com
jreiter@mmcec.com
Attorneys for JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Richard and Maria Shupe,<br><br>    Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank of Arizona,<br><br>    Defendant. | No. 11-00501-TUC-RCC<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR SHORT STAY OF LITIGATION** |
|---|---|

Defendant JPMorgan Chase Bank, N.A. ("Chase") hereby gives notice that the remaining claim to be tried in this matter (invasion of privacy/intrusion upon seclusion) has been settled.  The parties expect to file a stipulation and order for dismissal shortly, and request that the filing deadline for the Joint Pretrial Order and scheduled pretrial conference set for June 2, 2014, be postponed for at least twenty-one (21) days to allow the parties to complete the necessary documentation.

RESPECTFULLY SUBMITTED this 22nd day of May, 2014.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Douglas C. Erickson
Douglas C. Erickson
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona  85012-2443
Attorneys for Defendant JPMorgan Chase Bank, N.A.

**ORIGINAL** of the foregoing e-filed this 22nd day of May, 2014, with:

Clerk of the Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

**COPY** of the foregoing electronically delivered this 22nd day of May, 2014, to:

Honorable Raner C. Collins
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

**COPY** of the foregoing mailed this 22nd day of May, 2014, to:

Richard and Maria Shupe
3657 S. Double Echo Rd.
Tucson, AZ 85735
Plaintiffs Pro per

By    /s/Stacey Tanner

- 2 -