IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Shupe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JPMorgan Chase Bank NA, <br><br> Defendant. | No. CV-11-00501-TUC-RCC (BPV) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Upon Stipulation of the Parties (Doc. 179) and good cause appearing,

**IT IS HEREBY ORDERED** that the sole remaining claim in this case, Invasion of Privacy/Intrusion Upon Seclusion, is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case. The previously scheduled Pretrial Conference is vacated and there is no need to file a joint pretrial report.

Dated this 20th day of June, 2014.

_____
Raner C. Collins
Chief United States District Judge