Richard/Maria Shupe, Pro Se
3657 S Double Echo Rd
Tucson, AZ 85735
520-578-6400



# UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| Richard/Maria Shupe<br>Plaintiffs<br>v.<br>JP Morgan Chase Bank, NA<br>Defendant | CV11-00501-TUC-RCC<br><br>**NOTICE OF APPEAL TO THE 9TH CIRCUIT** |

Come now the Plaintiffs in the above entitled action and herein serve notice of their appeal to the 9th Circuit on all issued dismissed by this court. with the exception of the Invasion of Privacy claim.

Respectively submitted this 30th day of June, 2014

_____
Richard Shupe

original copy of the foregoing mailed to : Douglas Erickson , 3200 N Central STE 1800, Phoenix, AZ 85012 this 30th day of June, 2014.

_____
Richard Shupe