UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD SHUPE and MARIA L. SHUPE,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., Erroneously named as JPMorgan Chase Bank of Arizona,<br><br>　　　　Defendant - Appellee. | No. 14-16241<br><br>D.C. No. 4:11-cv-00501-RCC<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

　　　The judgment of this Court, entered November 23, 2016, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: Rhonda Roberts
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7